**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68065

**FILED**

JUL 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner seeks an order directing the return of seized property. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Jason Arthur Altheide
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk

 

15-22055